UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH DEMETRIUS LYLES, | ) | 1:07-cv-01155-LJO-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER DISMISSING CERTAIN** |
| KEN CLARK, Warden, | ) | **CLAIMS** |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On August 16, 2007, the Magistrate Judge filed Findings and a Recommendation that Grounds One, Two, and Three of the instant Petition for Writ of Habeas Corpus be DISMISSED for failure to state a cognizable claim. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendation.

//

/

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed August 16, 2007, are ADOPTED IN FULL;

   2.   Grounds One, Two, and Three of the instant Petition for Writ of Habeas Corpus are DISMISSED for failure to state a cognizable claim; and,

   3.   This action is referred back to the Magistrate Judge for issuance of a briefing schedule to address Ground Four of the Petition.

IT IS SO ORDERED.

**Dated:    October 16, 2007**                     **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

2