# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DEMETRIUS LYLES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK, Warden<br><br>　　　　　Respondent.<br>_____/ | 1:07-cv-01155-LJO-SMS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, WITHOUT PREJUDICE, TERMINATING THIS ACTION<br><br>[Doc. 10] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On February 25, 2008, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be GRANTED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　The Findings and Recommendation issued February 25, 2008, is ADOPTED IN
　　　　　　　　FULL;

　　　　2.　　　The Motion to Dismiss is GRANTED;

1     3.     The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice; and,

2     4.     The Clerk of the Court is DIRECTED to close this action.

3 IT IS SO ORDERED.

4 **Dated:**   **May 20, 2008**            /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE